RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
BENJAMIN F. J. NEMEC
Assistant Federal Public Defender
Nevada State Bar No. 14591
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Ben_Nemec@fd.org

Attorney for Fabian Reyes-Sauza

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>FABIAN REYES SAUZA,<br><br>　　　　Defendant. | Case No. 2:21-mj-00583-EJY<br><br>**STIPULATION TO CONTINUE BENCH TRIAL**<br>(First Request) |

　　　IT IS HEREBY STIPULATED AND AGREED, by and between Christopher Chiou, Acting United States Attorney, and Rachel Kent, Special Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Benjamin F. J. Nemec, Assistant Federal Public Defender, counsel for Fabian Reyes-Sauza, that the bench trial currently scheduled for October 20, 2021 at 9:00 am, be vacated and continued to a date and time convenient to the Court, but no sooner than sixty (60) days.

This Stipulation is entered into for the following reasons:

1. Counsel needs additional time to review discovery and consult with Mr. Reyes-Sauza to adequately prepare for trial/or possible negotiations with the Government.

2. Mr. Reyes-Sauza is not incarcerated and agrees to this continuance.

3. Additionally, denial of this request for continuance could result in a miscarriage of justice.

This is the first request for a continuance of the Bench Trial.

DATED this 19th day of October 2021.

| RENE L. VALLADARES | CHRISTOPHER CHIOU |
|---|---|
| Federal Public Defender | Acting United States Attorney |
| */s/ Benjamin F. J. Nemec* | */s/ Rachel Kent* |
| By_____ | By_____ |
| BENJAMIN NEMEC | RACHEL KENT |
| Assistant Federal Public Defender | Special Assistant United States Attorney |

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:21-mj-00583-EJY |
| Plaintiff, | **ORDER** |
| v. | |
| FABIAN REYES-SAUZA, | |
| Defendant. | |

IT IS THEREFORE ORDERED that the bench trial currently scheduled on Wednesday, October 20, 2021 at 9:00 a.m., be vacated and continued to December 29, 2021 at the hour of 9:00 a.m., in Courtroom 3D.

DATED this 19th day of October 2021.

_____
UNITED STATES MAGISTRATE JUDGE

3