RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
BENJAMIN F. J. NEMEC
Assistant Federal Public Defender
Nevada State Bar No. 14591
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Ben_Nemec@fd.org

Attorney for Fabian Reyes-Sauza

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>FABIAN REYES SAUZA,<br><br>Defendant. | Case No. 2:21-mj-00583-EJY<br><br>**STIPULATION TO CLOSE CASE** |

IT IS HEREBY STIPULATED AND AGREED, by and between Jason Frierson, United States Attorney, and Mina Chang, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Benjamin F. J. Nemec, Assistant Federal Public Defender, counsel for Fabian Reyes-Sauza, that Mr. Reyes-Sauza has successfully completed all of the requirements in the case.  *See* Exhibit A, Payment Receipt, Exhibit B, Victim Impact Panel Certificate, Exhibit C, DUI Course Certificate, and Exhibit D, 8 hour Online Alcohol Awareness course.

The partiers request this Court allow Mr. Reyes-Sauza to withdraw his guilty plea to Count One, amend Count One to Reckless driving, a violation of 36 C.F.R. § 4.2 and NRS 484B.653, have Mr. Reyes-Sauza plead guilty to the amended Count One, and apply the original sentence to Count One.  *See* ECF No. 9, p. 3 (plea agreement providing the parties will jointly move to request a dropdown if Mr. Reyes-Sauza successfully completes his requirements).

DATED this 21st day of June 2021.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | JASON FRIERSON<br>United States Attorney |
| */s/ Benjamin F. J. Nemec*<br>By_____<br>BENJAMIN NEMEC<br>Assistant Federal Public Defender | */s/ Mina Chang*<br>By_____<br>MINA CHANG<br>Assistant United States Attorney |

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>v.<br><br>FABIAN REYES-SAUZA,<br><br>  Defendant. | Case No. 2:21-mj-00583-EJY<br><br>**ORDER** |

    IT IS THEREFORE ORDERED that Defendant Fabian Reyes-Sauza withdraw his guilty plea to Count One.  Furthermore, Count One will be amended to Count One to Reckless driving, a violation of 36 C.F.R. § 4.2 and NRS 484B.653.  The Court accepts Mr. Reyes-Sauza's guilty plea to the amended Count One, and sentences him to one year of unsupervised probation with the following special conditions:

    1. A $500.00 fine with a $10 mandatory penalty assessment;

    2. A requirement to attend and complete a DUI course, Victim Impact Panel, and an eight (8) hour online alcohol awareness course;

    3. Not to return to Lake Mead National Recreation Area for a period of six months; and

    4. Not violate any local, state, or federal laws.

    DATED this 21st day of June 2022.

*/s/ Elayna J. Youchah*
UNITED STATES MAGISTRATE JUDGE